E-filing                      55⁰

COMPLAINT BY A PRISONER UNDER THE CIVIL
RIGHT ACT. 42 U.S.C 1983

**FILED**
APR - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NAME __WEAVER__ __WILLIE__
       (LAST)    (FIRST)

PRISONER NUMBER __J-91389__

INSTITUTIONAL ADDRESS __PELICAN BAY
STATE PRISON P.O. BOX 7000 CRESCENT
CITY, CA. 95531.__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08    1839

__WILLIE WEAVER__
(ENTER THE FULL NAME OF
PLAINTIFF IN THIS ACTION)
          VS.
__INTERNAL AFFAIRS
CLERK OF U.S. DISTRICT
COURT NORTHERN DISTRICT
OF CA.__
(ENTER THE FULL NAME
OF DEFENDANT(S) IN THIS ACTION)

CASE NO. ___JW___
(TO BE PROVIDED
BY THE CLERK OF
COURT)  **(PR)**

COMPLAINT UNDER
THE CIVIL RIGHT
ACT 42 U.S.C 1983

(ALL QUESTIONS ON THIS COMPLAINT FORM
MUST BE ANSWERED IN ORDER FOR YOUR
ACTION TO PROCEED..)

1. EXHAUSTION OF ADMINISTRATIVE REMEDIES
NOTE: YOU MUST EXHAUST YOUR ADMINI-
-STRATIVE REMEDIES BEFORE CLAIM CAN
GO FORWARD, THE COURT WILL DISMISS
ANY UNEXHAUSTED CLAIMS)

A. PLACE OF PRESENT CONFINEMENT P.S.4
B. IS THERE A GRIEVANCE PROCEDURE IN
   THIS INSTITUTION? YES (✓) NO ( )
C. DID YOU PRESENT THE FACTS IN YOUR
   COMPLAINT FOR REVIEW THROUGH THE
   GRIEVANCE PROCEDURE? YES (✓) NO ( )
D. IF YOUR ANSWER IS YES, LIST THE
   APPEAL NUMBER AND THE DATE AND
   RESULT OF THE
   COMPLAINT              -1-

APPEAL AT EACH LEVEL OF REVIEW, IF YOU DID NOT PURSUE A CERTAIN LEVEL OF APPEAL EXPLAIN WHY.

1. INFORMAL APPEAL _____
2. FIRST FORMAL LEVEL _____
3. SECOND FORMAL LEVEL _____

E. IS THE LAST LEVEL TO WHICH YOU APPEALED THE HIGHEST LEVEL OF APPEAL AVAILABLE TO YOU?
YES ( )   NO (X)

F. IF YOU DID NOT PRESENT YOUR CLAIM FOR REVIEW THROUGH THE GRIEVANCE PROCEDURE,
EXPLAIN WHY. STILL BEING PROCESSED

II. PARTIES

A. WRITE YOUR NAME AND YOUR PRESENT ADDRESS, DO THE SAME FOR ADDITIONAL PLAINTIFFS, IF ANY. WILLIE WEAVER PELICAN BAY STATE PRISON P.O. BOX 7000 CRESCENT CITY, CA. 95531.

B. WRITE THE FULL NAME OF EACH DEFENDANT, HIS OR HER OFFICIAL POSITION, AND HIS OR HER PLACE OF EMPLOYMENT.
~~PELICAN BA~~ INTERNAL AFFAIRS CLERK OF U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.

COMPLAINT                -2-

STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and how to include dates, when possible. Do not give any legal arguments or cite any cases or statutes, if you have more than one claim, each claim should be set forth in a separate numbered paragraph.

The clerk of court is sending plaintiff paper work back from the court not stamp case no. CV-07-4646 came back with out original filed are the date it was filed are what clerk filed what. The defendant(s) showed deliberate indifference under the Eight Amendment that constitue cruel unusual punishment.

IV. RELIEF

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want are the court to do for you. Make no legal arguments! Cite no cases or statutes.

LIABILITY DAMAGES: Twenty five thousand dollars due to; harrassment(s), conspiracy(s) U.S. constitution violation

Punitive damages: 25,000 twenty five thousand dollars due to: mental anguish, stress disorder,

I declare under penalty of perjury that the forgoing is true and correct.

Signed this ___03___ day of __26 2008__

COMPLAINT          -3-

WILLIE WEAVER
J-91389 B-2-218
PELICAN BAY STATE
PRISON P.O. BOX 7000
CRESCENT CITY, CA.
95531.

CONFIDENTIAL
LEGAL MAIL

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



PELICAN BAY
P.S.U. UNIT B-2

OFFICE OF THE CL
UNITED STATES DI
COURT NORTHERN I
OF CALIFORNIA 4:
GOLDEN GATE AVE
SAN FRANCISCO, C
9